1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   RONALD MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE**,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**PARAMJIT SINGH,** individually and dba **BUY RITE LIQUORS**; **RAVINDER SINGH**; **JOSE LUIS SERRANO,** dba **EL BAJIO RESTAURANT**<br><br>　　　　Defendants. | Case No.  1:13-CV-00351-LJO-SMS<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiff RONALD MOORE ("Plaintiff") and Defendants PARAMJIT SINGH, individually and dba BUY RITE LIQUORS; RAVINDER SINGH; and JOSE LUIS SERRANO, dba EL BAJIO RESTAURANT ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have to and including May 22, 2013 to file a responsive pleading in this matter. Plaintiff and Defendants previously stipulated to an extension of time to May 3, 2013.   This second extension of time will exceed 28 days.

Defendants request this extension to afford them the time to have the subject property inspected by a Certified Access Specialist which is scheduled to take place on May 10, 2013,

and to thereafter pursue settlement with Plaintiff prior to incurring any additional fees.  This extension does not affect any date or event set by court order.

Date: April 30, 2013                                        MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff

Date: April 30, 2013                                        */s/ Frank R. Chimienti*
                                                            Frank R. Chimienti
                                                            Attorney for Defendant

<u>ORDER</u>

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all named defendants shall have to and including May 22, 2013 within which to file responding pleadings.

**IT IS SO ORDERED**.


IT IS SO ORDERED.

Dated:   **April 30, 2013**                    **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE