Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
RONALD MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>PARAMJIT SINGH, individually and dba BUY RITE LIQUORS; RAVINDER SINGH; JOSE LUIS SERRANO, dba EL BAJIO RESTAURANT<br><br>  Defendants. | Case No. 1:13-CV-00351-LJO-SMS<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; and TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |

**WHEREAS**, Plaintiff, RONALD MOORE ("Plaintiff"), and Defendants, PARAMJIT SINGH, individually and dba BUY RITE LIQUORS; RAVINDER SINGH; and JOSE LUIS SERRANO, dba EL BAJIO RESTAURANT ("Defendants," and together with Plaintiff, "the Parties"), stipulated on April 26, 2013 to a second extension of time for Defendants to respond to the Complaint to and including May 22, 2013 (Doc. 11) ("the Second Stipulation"), which stipulation was approved by Court Order on April 30, 2013 (Doc. 12);

**WHEREAS**, the Parties represented in the Second Stipulation that Defendants were to have their facilities inspected by a California Certified Access Specialist ("CASp") on or about May 10, 2013, and such inspections did in fact take place;

1 **WHEREAS,** Defendants have provided to Plaintiff, for purposes of settlement, the reports prepared by the CASp, and the Parties anticipate that those reports will provide the basis for settlement of the injunctive relief sought by Plaintiff;

**WHEREAS,** the Parties need additional time to reach a final agreement on the terms of settlement of the injunctive relief, and to explore settlement of Plaintiff's monetary claims;

**WHEREAS,** Defendants' responsive pleadings are due on May 22, 2013, and a scheduling conference is set for June 4, 2013.  The Parties desire to conserve financial resources and the Court's time while they explore, and as appropriate, finalize settlement of this matter, and therefore seek additional time to accomplish settlement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that Defendants shall have to and including June 28, 2013 within which to file responsive pleadings, and that the scheduling conference set for June 4, 2013 be continued to a date after July 8, 2013 at the Court's convenience.

Date: May 21, 2013                                        MOORE LAW FIRM, P.C.


                                                          */s/ Tanya E. Moore*
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff

Date: May 21, 2013                                        */s/ Frank R. Chimienti*
                                                          Frank R. Chimienti
                                                          Attorney for Defendant

## ORDER

   The parties having so stipulated and good cause appearing,

   **IT IS HEREBY ORDERED** that all named defendants shall have to and including June 28, 2013 within which to file responsive pleadings.

   **IT IS FURTHER ORDERED** that the scheduling conference currently set for June 4, 2013 is hereby continued to July 30, 2013 at 11:00 a.m., before the Honorable Magistrate Judge Sandra M. Snyder, in Courtroom 1 of the Fresno Division of this Court.  Scheduling

1  reports are to be filed as set forth in the Court's Order Setting Mandatory Scheduling
2  Conference (Doc. 5).
3
4  **IT IS SO ORDERED**.
5
6  Dated: 5/21/2013                    /s/ SANDRA M. SNYDER
7                                      United States Magistrate Judge