1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   tanya@moorelawfirm.com

5   Attorneys for Plaintiff
    Ronald Moore

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                    )  No.  1:13-cv-00351-LJO-SMS
                                     )
12          Plaintiff,               )  NOTICE OF VOLUNTARY DISMISSAL
                                     )  OF ACTION; ORDER
13      vs.                          )
                                     )
14  PARAMJIT SINGH, individually and dba )
    BUY RITE LIQUORS; RAVINDER SINGH; )
15  JOSE LUIS SERRANO, dba EL BAJIO  )
    RESTAURANT,                      )
16                                   )
                                     )
17          Defendants.              )
                                     )
18  _____ )

19          WHEREAS, no Defendant has filed an answer or motion for summary judgment;

20          WHEREAS, Plaintiff and Defendants have settled the matter;

21          WHEREAS, no counterclaim has been filed;

22          Plaintiff hereby respectfully requests that this action be dismissed with prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

24

25  Date: June 27, 2013                MOORE LAW FIRM, P.C.

26

27                                     /s/Tanya E. Moore_____
                                       Tanya E. Moore
28                                     Attorneys for Plaintiff
                                       Ronald Moore

*Moore v. Singh, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                                    Page 1

1

## **ORDER**

2  Good cause appearing,

3  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 The clerk is directed to close this action.

5

6

7 IT IS SO ORDERED.

8  Dated: __**June 27, 2013**__    ____**/s/ Lawrence J. O'Neill**

9               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28